**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JUAN R. RIVERA )<br> )<br>    Plaintiff )<br> )<br> )<br>vs. )<br> )<br>TERRENCE CAHILL, )<br>CARL SUPERNOR, STEVE ROCHE, )<br>CITY OF WORCESTER and DOES 1-3 )<br>    Defendants ) | Case No.: 4:17-CV-40029 |

**JOINT STATEMENT OF THE PARTIES PURSUANT TO LOCAL RULE 16.1(D)**

1. **Discovery Plan**: The parties agree on the following discovery deadlines:

Initial disclosures: The Parties agree to complete the initial disclosures required by Fed. R. Civ. P. 26(a)(1) on or before  8/15/17 .

Amendments to Pleadings: Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after  9/15/17.

Fact Discovery – Interim Deadlines:

    a.  All requests for production of documents and interrogatories must be served by  11/30/17.

    b.  All requests for admission must be served by  12/30/17.

    c.  All depositions, other than expert depositions, must be completed by  4/30/18.

Fact Discovery – Final Deadline: All discovery, other than expert discovery, must be completed by  4/30/18.

Expert Discovery:

    a.  Plaintiff(s)' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by 6/1/18.

    b. Plaintiff(s)' trial experts must be deposed by 7/2/18.

    c. Defendant(s)' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by 8/3/18.

    d. Defendant(s)' trial experts must be deposed by 9/3/18.

2. **Schedule for Filing of Motions**: The parties agree on the following schedule relative to the filing of Motions:

    <u>Dispositive Motions</u>:

    a. Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by 10/31/18.

    b. Oppositions to dispositive motions must be filed within 30 days after service of the motion.

| Plaintiff | Defendants, |
|---|---|
| JUAN R. RIVERA, | CITY OF WORCESTER, |
| By his attorneys, | TERRENCE CAHILL, |
| | CARL SUPERNOR |
| | STEVE ROCHE |
| | |
| */s/ Keith Higgins* | By their attorneys, |
| Keith Higgins, BBO # 630249 | |
| Pawlak & Higgins, LLC | David M. Moore, |
| 61 Academy Street | City Solicitor |
| Fitchburg, MA 01420 | |
| (978) 345-5132 | */s/ Kevin M. Gould* |
| | Kevin M. Gould (BBO #661545) |
| | Wendy L. Quinn (BBO #653954) |
| | Assistant City Solicitors |
| | Room 301, 455 Main Street |
| | Worcester, MA  01608 |
| | (508) 799-1161 |
| | gouldk@worcesterma.gov |
| | quinnwl@worcesterma.gov |

Dated: June 20, 2017