**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JUAN R. RIVERA )<br>)<br>    Plaintiff )<br>)<br>)<br>vs. )<br>)<br>TERRENCE CAHILL, )<br>CARL SUPERNOR, STEVE ROCHE, )<br>CITY OF WORCESTER and DOES 1-3 )<br>    Defendants ) | Case No.: 4:17-CV-40029 |

## PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER

Now comes Plaintiff, through counsel, requesting this Court amend the Scheduling Order as follows:

1. <u>Fact Discovery – Interim Deadlines</u>:

    a. All requests for production of documents and interrogatories must be served by <u>4/30/2018</u>.

    b. All requests for admission must be served <u>5/30/2018</u>.

    c. All depositions, other than expert depositions, must be completed by <u>9/30/2018</u>.

2. <u>Fact Discovery – Final Deadline</u>:  All discovery, other than expert discovery, must be completed 9/30/2018.

3. <u>Expert Discovery</u>:

    a. Plaintiff(s)' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by <u>12/1/2018</u>.

    b. Plaintiff(s)' trial experts must be deposed by<u>1/1/2019</u>.

    c. Defendant(s)' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by 2/1/2019.

    d. Defendant(s)' trial experts must be deposed by  3/1/2019  .

**Schedule for Filing of Motions**:  The parties agree on the following schedule relative to the filing of Motions:

Dispositive Motions:

    a. Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by 5/1/2019.

    b. Oppositions to dispositive motions must be filed within 30 days after service of the motion.

As grounds therefore:

1. Counsel for Plaintiff suffered from ill health from late August through the end of February.  He was hospitalized unexpectedly for 5 days in November and then had surgery in January.  Most of November through February was spent dealing with ill health and recovery.

2. Additional there were some communication issues between counsel and Plaintiff during part of the same time.  These have been resolved.

3. Unfortunately, due to the foregoing, discovery in this matter has not progressed as envisioned at the scheduling conference.

4. The requested time is necessary for the parties to conduct discovery, narrow issues and formulate their positions for eventual trial in this matter.

| | |
|---|---|
| Plaintiff<br>JUAN R. RIVERA,<br>By his attorneys, | ASSENTED TO:<br>Defendants,<br>CITY OF WORCESTER,<br>TERRENCE CAHILL,<br>CARL SUPERNOR<br>STEVE ROCHE |
| */s/ Keith Higgins*<br>Keith Higgins, BBO # 630249<br>Pawlak & Higgins, LLC<br>61 Academy Street<br>Fitchburg, MA 01420<br>(978) 345-5132 | By their attorneys,<br><br>David M. Moore,<br>City Solicitor<br><br>*/s/ Kevin M. Gould*<br>Kevin M. Gould (BBO #661545)<br>Wendy L. Quinn (BBO #653954)<br>Assistant City Solicitors<br>Room 301, 455 Main Street<br>Worcester, MA  01608<br>(508) 799-1161<br>gouldk@worcesterma.gov<br>quinnwl@worcesterma.gov |

Dated: April 9, 2018