UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JUAN R. RIVERA,  Plaintiff | ) ) ) ) | |
| v. | ) ) | C.A. No. 17-CV-40029-TSH |
| CITY OF WORCESTER, TERRENCE CAHILL, CARL SUPERNOR, STEVE ROCHE, OFFICERS DOE 1-3,  Defendants | ) ) ) ) ) ) | |

## DEFENDANTS' ASSENTED TO MOTION
## TO DEPOSE A PERSON CONFINED IN PRISON

Now come the Defendants City of Worcester, Terrence Cahill, Carl Supernor and Stephen Roche, with the assent of Plaintiff, and hereby moves this Court, pursuant to Fed. R. Civ. P. 30(a)(2)(B), for leave to depose the Plaintiff's witness, **Adam McNeil**, who, upon information and belief, is currently incarcerated at MCI-Shirley, 1 Harvard Road, Shirley, Massachusetts, 01464.

CITY OF WORCESTER
TERRENCE CAHILL
CARL SUPERNOR
STEPHEN ROCHE

By their attorneys,

David M. Moore
City Solicitor


*/s/ Kevin M. Gould*
Kevin M. Gould (BBO #661545)
Wendy L. Quinn (BBO #653954)
Assistant City Solicitors
City Hall, Room 301
455 Main Street
Worcester, MA  01608
(508) 799-1161
gouldk@worcesterma.gov
quinnwl@worcesterma.gov

**ASSENTED TO BY:**

JUAN R. RIVERA,

By his attorney,


*/s/ Keith T. Higgins*
Keith T. Higgins, Esq., (BBO # 630249)
Pawlak & Higgins, LLC
61 Academy Street
Fitchburg, MA 01420
(978) 345-5132


## CERTIFICATE OF LOCAL RULE 7.1 CONFERENCE

I, the undersigned, hereby certify that on August 16, 2018, I communicated with Plaintiff's counsel, Keith T. Higgins, Esq., and Plaintiff assents to this motion.

*/s/ Kevin M. Gould*
Kevin M. Gould
Assistant City Solicitor


## CERTIFICATE OF SERVICE

I, Kevin M. Gould, do hereby certify that on this 16th day of August, 2018, I served the within, Defendants' Assented to Motion to Depose A Person Confined in Prison, upon all counsel of record through this Court's electronic filing system as identified on the Notice of Electronic Filing.

*/s/ Kevin M. Gould*
Kevin M. Gould
Assistant City Solicitor