UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JUAN R. RIVERA,<br>         Plaintiff<br><br>v.<br><br>CITY OF WORCESTER, TERRENCE CAHILL, CARL SUPERNOR, STEVE ROCHE, OFFICERS DOE 1-3,<br>         Defendants | C.A. No. 17-CV-40029-TSH |

## STIPULATION OF DISMISSAL (WITH PREJUDICE)

Plaintiff Juan R. Rivera and Defendants City of Worcester, Terrence Cahill, Carl Supernor and Steve Roche, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(l)(A)(ii), that this case is dismissed with prejudice, all rights of appeal waived, each party to bear their own costs and attorney's fees.

JUAN R. RIVERA,

By his attorney,

*/s/ Keith T. Higgins*
Keith T. Higgins, BBO # 630249)
Pawlak & Higgins, LLC
61 Academy Street
Fitchburg, MA 01420
(978) 345-5132
keith@pawlaklegal.com

CITY OF WORCESTER,
TERRENCE CAHILL, CARL
SUPERNOR, & STEVE ROCHE,

By their attorneys,
David M. Moore, City Solicitor

*/s/ Kevin M. Gould*
Kevin M. Gould (BBO # 661545)
Wendy L. Quinn (BBO # 653954)
Assistant City Solicitors
Room 301, 455 Main Street
Worcester, MA 01608
(508) 799-1161
gouldk@worcesterma.gov
quinnwl@worcesterma.gov

## CERTIFICATE OF SERVICE

I, Keith T. Higgins, hereby certify that on this 26th day of July, 2019, I served the within Stipulation of Dismissal (With Prejudice), by providing a copy of the same to all counsel of record via the United States District Court's electronic notification system.

*/s/ Keith T. Higgins*